UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DEBRADRE D. JACKSON**,

        Plaintiff,

v.                              **Case No. 14-cv-650-pp**

**DAVID CLARKE, et al.**,

        Defendants.

---

### DECISION AND ORDER DIRECTING CLERK
### TO COLLECT APPELLATE FILING FEE

---

On January 19, 2016, the court entered an order dismissing the plaintiff's lawsuit without prejudice Dkt. No. 27. On February 22, 2016, the plaintiff filed a notice of appeal. Dkt. No. 31. The plaintiff did not pay the $505.00 appellate filing fee, nor did he file a motion for leave to proceed on appeal without prepaying the filing fee. As a result, the Court of Appeals for the Seventh Circuit dismissed the plaintiff's appeal on April 28, 2016, and ordered the plaintiff to pay the appellate filing fee to this court's clerk of court. Dkt. No. 35. This court must now collect the outstanding fees according to the procedures outlined in 28 U.S.C. §1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

The court **ORDERS** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $505.00 appeal filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding

month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The Secretary or his designee shall clearly identify the payments by the case name and number.

The court will send copies of this order to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated in Milwaukee, Wisconsin this 5th day of May, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge